IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY DAVIS,<br><br>    PLAINTIFF,<br><br>VS.<br><br>KERN HIGH SCHOOL DISTRICT,<br><br>    DEFENDANT._____/ | CASE NO.   1:11-cv-01486 AWI JLT<br><br>ORDER TO REASSIGN ACTION |

All parties have consented to United States Magistrate Judge Jennifer L Thurston to conduct all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1). (Docs. 10, 12.) **Accordingly, this Court REASSIGNS this action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings.   All further papers shall bear the new case number 1:11-cv-01486 JLT**.

IT IS SO ORDERED.

Dated:   December 27, 2011                                    _____
                                                                             CHIEF UNITED STATES DISTRICT JUDGE