IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY DAVIS,<br><br>　　　　　　PLAINTIFF,<br><br>VS.<br><br>KERN HIGH SCHOOL DISTRICT,<br><br>　　　　　　DEFENDANT.<br>_____/ | CASE NO.   1:11-cv-01486 AWI JLT<br><br>ORDER TO REASSIGN ACTION |

All parties have consented to United States Magistrate Judge Jennifer L Thurston to conduct all further proceedings in this action, including trial and entry of judgment, pursuant to 28U.S.C. §636(c)(1).  (Docs. 10, 12.)  **Accordingly, this Court REASSIGNS this action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings.   All further papers shall bear the new case number 1:11-cv-01486 JLT**.

IT IS SO ORDERED.

Dated:    December 27, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE