UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY DAVIS, an individual, ) | Case No.: 1: 11-cv-01486 AWI JLT |
| Plaintiff, ) | ORDER RE SETTLEMENT CONFERENCE |
| v. ) | |
| KERN HIGH SCHOOL DISTRICT, et al., ) | |
| Defendants. ) | |

On December 22, 2011, the Court scheduled a settlement conference to occur on April 16, 2012, before Magistrate Judge Dennis L. Beck.

The parties are advised that the Court considers a settlement conference to be a serious matter for which the Court expects them to prepare. Thus, **no later than March 29, 2012**, Plaintiff **SHALL** submit to Defendant via fax or e-mail, a written itemization of damages and a meaningful settlement demand which includes a brief explanation of why such a settlement is appropriate. Thereafter, as soon as possible but **not later than April 5, 2012**, Defendant **SHALL** respond, via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer which includes a brief explanation of why such a settlement is appropriate.

If settlement is not achieved, each party SHALL attach copies of their settlement offers to

1

1 | their Confidential Settlement Conference Statement, as described in the scheduling order.  (Doc.
2 | 11 at 6-7)  If the exchanged offers--or other facts known to counsel--make clear that the
3 | settlement conference is not likely to be fruitful, they SHALL report this in their confidential
4 | settlement conference statement to allow the Court to consider rescheduling or vacating the
5 | conference.

7 | IT IS SO ORDERED.
8 | Dated:   **March 22, 2012**                              /s/ Jennifer L. Thurston
  |                                                          UNITED STATES MAGISTRATE JUDGE

2