1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY DAVIS, an individual, | Case No.: 1: 11-cv-01486 AWI JLT |
| Plaintiff, | ORDER RE SETTLEMENT CONFERENCE |
| v. | |
| KERN HIGH SCHOOL DISTRICT, et al., | |
| Defendants. | |

On December 22, 2011, the Court scheduled a settlement conference to occur on April 16, 2012, before Magistrate Judge Dennis L. Beck.

The parties are advised that the Court considers a settlement conference to be a serious matter for which the Court expects them to prepare. Thus, **no later than March 29, 2012**, Plaintiff **SHALL** submit to Defendant via fax or e-mail, a written itemization of damages and a meaningful settlement demand which includes a brief explanation of why such a settlement is appropriate. Thereafter, as soon as possible but **not later than April 5, 2012**, Defendant **SHALL** respond, via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer which includes a brief explanation of why such a settlement is appropriate.

If settlement is not achieved, each party SHALL attach copies of their settlement offers to

1

their Confidential Settlement Conference Statement, as described in the scheduling order.  (Doc.

11 at 6-7)  If the exchanged offers--or other facts known to counsel--make clear that the

settlement conference is not likely to be fruitful, they SHALL report this in their confidential

settlement conference statement to allow the Court to consider rescheduling or vacating the

conference.


IT IS SO ORDERED.

Dated:   **March 22, 2012**                                    ___**/s/ Jennifer L. Thurston**___
                                                                          UNITED STATES MAGISTRATE JUDGE