**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN HIGH SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-01486 JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 16) |

　　　　On September 7, 2012, the parties notified the Court that they had reached a settlement of the matter. (Doc. 16) They request 45 days to finalize the settlement and request a status conference be set within 30 days to ensure that the settlement is completed. Id.

　　　　Pursuant to this Court's Local Rule 160, this Court **ORDERS**:

　　　　1.　　No later than October 22, 2012, the parties **SHALL** file a stipulated request for dismissal;

　　　　2.　　All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

///

///

///

///

1

**<u>Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.</u>**

IT IS SO ORDERED.

Dated:   **September 11, 2012**                      **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE