# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY DAVIS, | ) Case No.: 1:11-cv-01486 JLT |
| Plaintiff, | ) **ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |
| v. | ) |
| KERN HIGH SCHOOL DISTRICT, et al., | ) (Doc. 18) |
| Defendants. | ) |

On September 7, 2012, the parties notified the Court that they had reached a settlement of the matter. (Doc. 16) On September 27, 2012, the parties filed their stipulation seeking dismissal of the action. (Doc. 18)

Therefore, good cause appearing, the matter is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs.

IT IS SO ORDERED.

Dated: __September 28, 2012__         __/s/ Jennifer L. Thurston__
                                      UNITED STATES MAGISTRATE JUDGE

1