UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY DAVIS, ) | Case No.: 1:11-cv-01486 JLT |
| ) | |
| Plaintiff, ) | **ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |
| ) | |
| v. ) | |
| ) | |
| KERN HIGH SCHOOL DISTRICT, et al., ) | (Doc. 18) |
| ) | |
| Defendants. ) | |

On September 7, 2012, the parties notified the Court that they had reached a settlement of the matter. (Doc. 16) On September 27, 2012, the parties filed their stipulation seeking dismissal of the action. (Doc. 18)

Therefore, good cause appearing, the matter is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs.

IT IS SO ORDERED.

Dated:   **September 28, 2012**          **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE